

___ FILED  ___ RECEIVED
___ ENTERED  ___ SERVED ON
COUNSEL/PARTIES OF RECORD

SEP 29 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

ENTRUST RETIREMENT TRUST, et al.,

    Plaintiff,

vs.

DONNER CREEK VILLAGE CONDOMINIUM ASSOCIATION, et al.,

    Defendants.

3:17-CV-0490-LRH (VPC)

**MINUTES OF THE COURT**

September 29, 2017

PRESENT: THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: <u>LISA MANN</u>  REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

Attorney for defendants, Thomas McGrath, Esq.'s, motion for leave to appear telephonically at the case management conference (ECF No. 11) is **DENIED without prejudice**. The motion is premature because the case management report has yet to be filed. Counsel has leave to refile the motion after the case management report has been filed.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By: _____/s/_____
    Deputy Clerk