# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ENTRUST RETIREMENT TRUST XV – DWIGHT CARLSON, TRUSTEE,<br><br>        Plaintiff,<br>vs.<br><br>DONNER CREEK VILLAGE CONDOMINIUM ASSOCIATION, A NEVADA NON-PROFIT CORPORATION; UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT; BEN CARSON IN HIS CAPACITY AS THE SECRETARY OF UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT;<br><br>        Defendants. | Case No.:   3:17-cv-00490-LRH-VPC<br><br>**STIPULATION AND**<br>**ORDER FOR DISMISSAL WITH**<br>**PREJUDICE** |

     Plaintiff Entrust Retirement Trust XV – Dwight Carlson, Trustee (hereinafter "Plaintiff") and Defendants Donner Creek Village Condominium Association, a Nevada non-profit corporation (hereinafter "Donner Creek"); United States Department of Housing and Urban Development and Ben Carson in his capacity as the Secretary of the United States Department of Housing and Urban Development (hereinafter referred to "HUD") (collectively "the Parties"), stipulate and affirm that the above-entitled action having been settled and all terms of the settlement agreement having been performed, this matter be dismissed with prejudice with each party to bear their own fees and costs.

///

///

1

DATED this 17th day of August, 2018.

| | |
|---|---|
| WALSH, BAKER & ROSEVEAR | TYSON & MENDES, LLP |
| _____ | /s/ Christopher A. Lund |
| JAMES M. WALSH, ESQ. | THOMAS E. MCGRATH |
| Nevada Bar No. 796 | Nevada Bar No. 7086 |
| 9468 Double R Blvd., Suite A | CHRISTOPHER A. LUND |
| Reno, Nevada 89521 | Nevada Bar No. 12435 |
| Attorneys for Plaintiff, Entrust Retirement Trust XV, Dwight Carlson Trustee | 8275 South Eastern Avenue, Suite 115 Las Vegas, Nevada 89123 Attorneys for Defendant Donner Creek Village Condominium Association |

UNITED STATES ATTORNEY

/s/ Greg Addington
GREG ADDINGTON
Nevada Bar No. 6875
Assistant United States Attorney
100 West Liberty Street, Suite 600
Reno, Nevada 89501
Attorneys for United States Department of Housing and Urban Development and Ben Carson in his capacity as the Secretary of the United States Department of Housing and Urban Development

**IT IS SO ORDERED.**

DATED this 20th day of August, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2